CARPENTER, APPELLANT, *v.* UNITED OHIO INSURANCE
COMPANY, APPELLEE, ET AL.

[Cite as *Carpenter v. United Ohio Ins. Co.* (2001), 92 Ohio St.3d 213.]

214

(No. 00–2241—Submitted May 16, 2001—Decided July 5, 2001.)

The judgment of the court of appeals is affirmed on the authority of *Littrell v. Wigglesworth* (2001), 91 Ohio St.3d 425, 746 N.E.2d 1077, and *Clark v. Scarpelli* (2001), 91 Ohio St.3d 271, 744 N.E.2d 719.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., concurs in judgment.

*Elk & Elk Co., L.P.A.*, and *Todd O. Rosenberg*, for appellant.

*Williams & Petro Co., L.L.C., John P. Petro* and *Steven E. Herman*, for appellee.